**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CURTIS LUCKETT III, | ) | CASE NO. 2:20-CV-01482-MHW-EPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT OF DEFENDANT USAA** |
| EXPERIAN INFORMATION | ) | **FEDERAL SAVINGS BANK** |
| SOLUTIONS, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant USAA Federal Savings Bank ("USAA FSB"), provides the following information to the court: USAA FSB is a federally chartered savings association.  USAA FSB is a wholly owned subsidiary of USAA Capital Corporation ("USAA CAPCO") and is not publicly held. USAA CAPCO is a wholly owned subsidiary of United Services Automobile Association ("USAA"). USAA is a reciprocal interinsurance exchange domiciled in Texas that is an unincorporated association. USAA has no parent corporation and is not a publicly traded company.

        Respectfully submitted,

        *s/ David M. Krueger*
        David M. Krueger (OH 0085072)
        Nora K. Cook (OH 0086399)
        **BENESCH, FRIEDLANDER, COPLAN &
          ARONOFF LLP**
        200 Public Square, Suite 2300
        Cleveland, Ohio 44114-2378
        Telephone:  216.363.4500
        Facsimile:  216.363.4588
        dkrueger@beneschlaw.com
        ncook@beneschlaw.com

        *Attorneys for Defendant USAA Federal Savings Bank*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 3, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        *s/ David M. Krueger*
        One of Defendant's attorneys